as so modified, is, together with the order, affirmed, without costs of this appeal to either party.

WHITING, Respondent, v. PEOPLE'S MUT. LIFE INS. ASS'N & LEAGUE, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Ellen A. Whiting against the People's Mutual Life Insurance Association and League. No opinion. Judgment and order unanimously affirmed, with costs.

WILCOX, Respondent, v. DAVEY et al., Appellants (two cases). (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Actions by John C. Wilcox against James W. Davey and another. No opinion. Judgments of the Municipal Court affirmed by default, with costs.

WILKIN, Respondent, v. McMORROW et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) Action by Anna M. C. Wilkin against Marie L. Cunningham McMorrow and others. No opinion. Judgment affirmed, without costs of this appeal to either party.

WILLIAMS v. GOLDBERG. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Cora Williams against Isaac Goldberg. No opinion. Application denied, with $10 costs. Order signed.

WILLIAM ULMER BREWERY, Respondent, v. RECHNITZ, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by the William Ulmer Brewery against Jacob Rechnitz. No opinion. Judgment and order affirmed by default, with costs.

In re WILLIS AVE. BRIDGE. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of the Willis Avenue Bridge. No opinion. Motion to dismiss appeal denied. Order filed.

WILSON, Respondent, v. ANSONIA CLOCK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Robert Francis Wilson, an infant, by Sarah Wilson, his guardian ad litem, against the Ansonia Clock Company. No opinion. Judgment and order unanimously affirmed, with costs.

WINKLER, Appellant, v. STERN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Frederick Winkler against Heinrich Stern. No opinion. Judgment of the Municipal Court affirmed, with costs of this appeal to the defendant.

WOLCHOK v. CLEMENTO et al. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Samuel Wol-chok against Giovanna Clemento and others. No opinion. Application denied, with $10 costs. Order signed.

WOLF et al., Respondents, v. FOLBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Benjamin Wolf and others against Louis Folbe. No opinion. Judgment of the Municipal Court affirmed, with costs.

WOOD, Respondent, v. J. L. MOTT IRON WORKS, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Charles F. Wood against the J. L. Mott Iron Works. J. J. Gleason, for appellant. P. D. Trafford, for respondent. No opinion. Judgment modified, by striking out interest allowed as damages, and, as so modified, judgment and order affirmed, without costs. Settle order on notice. See 99 N. Y. Supp. 677.

WOOD, Respondent, v. OSTRANDER, Appellant. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Elijah W. Wood against Sarah F. Ostrander. No opinion. Judgment and order unanimously affirmed, with costs.

WOODRUFF, Appellant, v. PEOPLE et al., Respondents. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Timothy L. Woodruff against the people of the state of New York and George H. Mead and others, highway commissioners of the town of Arietta. No opinion. Judgment directed for the defendants, with costs, and the questions submitted answered as follows: The first question, in the negative; the second question, in the affirmative.

WORTHINGTON, Respondent, v. STRAUS-SNER, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William A. Worthington against Antone Straussner. No opinion. Order of the County Court of Suffolk county unanimously affirmed, with costs.

WORTMAN v. WOOD et al. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Jacob S. Wortman against Catherine M Wood and another. No opinion. Motion denied, without costs.

WYATT, Respondent, v. JAMES McCREE-RY & CO., Appellant. (Supreme Court, Appellate Division, First Department. May 1, 1908.) Action by Helen Wyatt, an infant, against James McCreery & Co. L. Hand, for appellant. M. H. Cane, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with leave to plaintiff to amend, if so advised. Order filed. See 111 N. Y. Supp. 86.

WYCKOFF, Respondent, v. BLOOMER, Appellant. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by